NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-318

STATE OF LA, THRU THE DOTD

VERSUS

FRANKS CONTRACTING, INC., ET AL.

**********
APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF VERMILION, NO. 78108
HONORABLE THOMAS R. DUPLANTIER, DISTRICT JUDGE

**********
ULYSSES GENE THIBODEAUX
CHIEF JUDGE
**********

Court composed of Ulysses Gene Thibodeaux, C.J., Billie Colombaro Woodard, and Oswald A. Decuir, Judges.

AFFIRMED.

Gerald Charles deLaunay
225 La Rue France
Lafayette, LA 70508
Telephone: (337) 237-8500
COUNSEL FOR:
    Defendant/Appellee - Acadiana Shell & Limestone, Inc.

Jay Hirsch Kern
Denise C. Puente
SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
1100 Poydras Street - 30th Floor
New Orleans, LA 70163-3000
Telephone: (504) 569-2030
COUNSEL FOR:
    Defendant/Appellee - International Fidelity Insurance Company

**Mitchell P. Bergeron**
**P. O. Box 208**
**Sulphur, LA 70664-0208**
**Telephone: (337) 527-9306**
**COUNSEL FOR:**
      **Defendants/Appellants - Franks Contracting, Inc., Donald Franks, and Donna Franks**

**Cheryl L. Duvieilh**
**P. O. Box 92454**
**Baton Rouge, LA 70804-9245**
**Telephone: (225) 379-1011**
**COUNSEL FOR:**
      **Plaintiff/Appellee - State of LA, Thru The DOTD**

**Joseph Ricky LaFleur**
**120 South State Street**
**Abbeville, LA 70510**
**Telephone: (337) 893-2030**
**COUNSEL FOR:**
      **Defendants/Appellees - Vermilion Shell & Limestone Co., Inc.**

**Yul Dubart Lorio**
**Doucet & Lorio**
**1401 D W. Prien Lake Road**
**Lake Charles, LA 70601**
**Telephone: (337) 480-4110**
**COUNSEL FOR:**
      **Defendant/Appellee - Port Aggregate's, Inc.**